# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 2, 2011

No. 10-10105

Lyle W. Cayce
Clerk

MICHAEL BISHOP; ELYSIANN BISHOP,

Plaintiffs- Appellants

v.

FIREMAN'S FUND INSURANCE COMPANY,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-cv-389-n

Before BARKSDALE, CLEMENT and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* FIFTH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.